Case 6:16-cv-00227-MHH-TMP   Document 1   Filed 02/08/16   Page 1 of 2

FILED
2016 Feb-09 AM 09:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-16-HA-0227-J

Complaints Against
Sheriff Deputy's of Walker

FILED
2016 FEB-8 PM 12:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

K. Emberg   Kelley Godifrey

On Feb 15th 2015: I Matthew McGeha was involved in a wreck In which a Walker Co Sherif Deputy Kevin Emberg Ran me over with his patrol car. At the time I was not arrested but had been taken IN critical condition to UAB Hospital, the following Day as me and my wife were talking about the events of what had happend we realized my At&t cell phone a Blue Iphone 5C was missing so we reported the phone lost or stolen through AT&t Find my phone with this App we put the Screen Alert with my wifes phone Number to contact if found or Recvered. Approx 8-9 months later while encoroprat by TxT message by a Cell phone #205-300-2718 elearny that the cell phone had been Sold to the persons mom and given to them as a pecsent and could my wife give them the Posscode to unlock The phone. My wife reverse Looked the Number up it was listed to an Ivey Trotter. My wife futher envestigated and Learned the girl was in fact a teenager who lived in Navoo Al and as well She learned the girl Ivey Trotter was the daghter of Correction offiser Kelley God.frey. All info was reaserched on FB and The Internet! 2 days later walker Co Jail cheif Darren Bridges called me at 8 oclock Into his office where he did a phone line up Claming my phone propety had been discovered in an out of commision Patrol car.

Darren covered up the buying and selling of my property Also Now it's Funny that I'm in this Jail for 5 months on a unsufficient bond and Excessive bails That shall not be required. For Recieving stolen property

Now I wood like to know why There was no Traffic Infraction no Traffic offenses listed, no Improper Tag; Improper signal; Improper lights; Failure to yield right of way; No Improper Turns; Then why was He Behind me I dent Running a stop sign. Because He did not Have No light on when officer "Emberg" was Trying to kill me They have no report of a motor vehicle Fleeing or attempting To elude on the Dispatcher report or no Backup for a nother officer of walker county Dispatch to the Accident. Now if this Sherrif Deputy gave my phone that was Stolen Prop that was lost or stolen through At&t That was put on the Screen Alert, then A officer teenager Kid call by The Name of Ivey Trotter form Navoo AL The doughter of County Sherrif Deputy Kelley Godfrey. Is that's not the same thing that they got me Charge with. Receive Stolen prop II or Theft of prop II. 13-A-8-18   13-A-8-H   13-A-8-4 or 13 A-8-18 RSP

Respect fully Submitted
Matthew M Chalm